MAY 27, 1948

**No. 52363.**—F. W. Myers & Co., Inc. *v.* United States, protests 132174–K and 132175–K.— 

 —C. D. 1100. Plaintiff's application for rehearing granted.